OSCN Found Document:STATE ex rel. OKLAHOMA BAR ASSOCIATION v. JACKSON

 

 
 

 
 
 
 
 Previous Case

 
 Top Of Index

 
 This Point in Index

 
 Citationize

 
 Next Case

 
 Print Only

 
 
 

 
 STATE ex rel. OKLAHOMA BAR ASSOCIATION v. JACKSON
2023 OK 114
Case Number: SCBD-7581
Decided: 11/20/2023
THE SUPREME COURT OF THE STATE OF OKLAHOMA

Cite as: 2023 OK 114, __ P.3d __

 
FOR PUBLICATION IN OBJ ONLY. NOT FOR OFFICIAL PUBLICATION. 

STATE OF OKLAHOMA ex rel. OKLAHOMA BAR ASSOCIATION, Complainant,
v.
GUY WADE JACKSON, Respondent.
ORDER OF IMMEDIATE INTERIM SUSPENSION
¶1 The Oklahoma Bar Association (OBA), pursuant to Rules 7.1 and 7.2 of the Rules Governing Disciplinary Proceedings (RGDP), forwarded to this Court certified copies of a Corrected Verified Emergency Application for Citation for Indirect Contempt of Court, Jury Instructions, and Judgment and Order of Confinement for Civil Indirect Contempt in the matter of Myers v. Myers, CJ-2015-120 and Kemp v. Peterson, CJ-2019-6289, in Oklahoma County District Court. On October 26, 2023, a jury found Respondent Guy Wade Jackson guilty of indirect contempt. The court sentenced Respondent to six (6) months confinement in the Oklahoma County Detention Center and a $500 fine. Respondent is currently incarcerated.
¶2 Rule 7.3 of the RGDP provides: "upon receipt of the certified copies of Judgment and Sentence on a plea of guilty, order deferring judgment and sentence, indictment or information and the judgment and sentence, the Supreme Court may by order immediately suspend the lawyer from the practice of law until further order of the Court."
¶3 Having received certified copies of these papers and orders, this Court orders that Guy Wade Jackson is immediately suspended from the practice of law.
¶4 It is this Court's determination that this matter, which was filed pursuant to Rule 7.2, RGDP, should proceed as a disciplinary matter pursuant to Rule 6, RGDP. Complainant is directed to file a formal Complaint in compliance with Rules 6.1 and 6.2 within 30 days from the date of this Order. Respondent will have 20 days after the mailing of the Complaint to file any Answer. The matter shall be set for hearing before the Professional Responsibility Tribunal pursuant to Rules 6.6 and 6.7. A briefing schedule will be entered by this Court following the filing of the Report and Recommendation of the Professional Responsibility Tribunal.
¶5 This order of immediate interim suspension shall stay in effect until further order of the Court.
¶6 DONE BY ORDER OF THE SUPREME COURT IN CONFERENCE this 20th day of November, 2023. 
/S/CHIEF JUSTICE 
ALL JUSTICES CONCUR.

 Citationizer© Summary of Documents Citing This Document
 
 
 
 Cite
 Name
 Level
 
 
 
 None Found.
 
 
 Citationizer: Table of Authority
 
 
 
 Cite
 Name
 Level
 
 
 
 None Found.
 
 

 
 
 
 

 
 

 
 
 
 oscn
 
 EMAIL: webmaster@oscn.net
 Oklahoma Judicial Center
 2100 N Lincoln Blvd.
 Oklahoma City, OK 73105
 
 
 courts
 
 Supreme Court of Oklahoma
 Court of Criminal Appeals 
 Court of Civil Appeals
 District Courts
 
 
 
 decisions
 
 New Decisions
 Supreme Court of Oklahoma
 Court of Criminal Appeals
 Court of Civil Appeals
 
 
 
 programs
 
 The Sovereignty Symposium
 
 Alternative Dispute Resolution
 Early Settlement Mediation
 Children's Court Improvement Program (CIP)
 Judicial Nominating Commission
 Certified Courtroom Interpreters
 Certified Shorthand Reporters
 Accessibility ADA
 
 
 
 
 
 
 
 
 Contact Us
 Careers
 Accessibility ADA